No. D–1249. IN RE DISBARMENT OF SCHINDELAR. Disbarment entered. [For earlier order herein, see 507 U. S. 982.]

No. D–1250. IN RE DISBARMENT OF WILLIAMS. Disbarment entered. [For earlier order herein, see 507 U. S. 983.]

No. D–1251. IN RE DISBARMENT OF GOURLEY. Disbarment entered. [For earlier order herein, see 507 U. S. 1003.]

No. D–1255. IN RE DISBARMENT OF RIGHTMYER. Disbarment entered. [For earlier order herein, see 507 U. S. 1016.]

No. D–1272. IN RE DISBARMENT OF WILLIAMS. It is ordered that Geoffrey T. Williams, Sr., of Fairfax, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1273. IN RE DISBARMENT OF GOLDSBOROUGH. It is ordered that George Joseph Goldsborough, Jr., of Easton, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1274. IN RE DISBARMENT OF KRAEMER. It is ordered that Joel P. Kraemer, of Madison, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1275. IN RE DISBARMENT OF SEGAL. It is ordered that Matthew E. Segal, of Cherry Hill, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1276. IN RE DISBARMENT OF TEEVENS. It is ordered that William P. Teevens, of Rapid City, S. D., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 92–7549. SCHIRO v. CLARK, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. C. A. 7th Cir. [Certiorari granted, *ante*, p. 905.] Motion for appointment of counsel granted, and it is